THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Anthony Owens,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2003-UP-214
Heard January 14, 2003 - Filed March 
 19, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; Solicitor Harold W. Gowdy, III, of Spartanburg; for Respondent.
 
 
 

PER CURIAM: Anthony Owens was sentenced 
 to life imprisonment without parole after being found guilty of three counts 
 of kidnapping, one count of assault and battery with intent to kill, and three 
 counts of assault with intent to kill.  Owens appeals, arguing the trial court 
 erred in admitting evidence of his contemporaneous bad acts because he was not 
 charged with those crimes. After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Owens appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.